**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | 2:00-cr-00012-WTL-CMM-1 |
| v. ) | |
| ) | |
| MARK ERIC CHRIST, ) | |
|     Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris L. Pryor's Report and Recommendation that Mark Christ's supervised release be modified, pursuant to Title 18 U.S.C. Sec. 3401(i), Rule 32.1(a)(1) Federal Rules of Criminal Procedure and Title 18 U.S.C. Sec. 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders the modifications as set forth in the Report and Recommendation, including a sentence of twenty (20) days of intermittent confinement for ten (10) consecutive weekends at the Volunteers of America facility, to commence as soon as possible.

Dated: 7/31/18

                                        _/s/ William T. Lawrence_
                                        Hon. William T. Lawrence, Judge
                                        United States District Court
                                        Southern District of Indiana

Distribution:

All registered counsel via electronic notification

USMS

USPO